[No. 22927-1-III. Division Three. September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BRICE LEWIS ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01219-3, Carolyn A. Brown, J., entered April 5, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 22964-5-III. Division Three. September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE MARIE ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-02284-1, James P. Hutton, J., entered April 21, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23072-4-III. Division Three. September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD LEROY HAHN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-01630-7, Jerome J. Leveque, J., entered May 20, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 23110-1-III. Division Three. September 15, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD LEROY HAHN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00893-2, Salvatore F. Cozza, J., entered June 10, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.